## Hageter Estate.

Argued March 15, 1967. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused October 26, 1967.

*John C. Hanna,* with him *David C. Baldus, Harry K. McNamee,* and *Metz, Cook, Hanna & Kelly,* and *Marshall, Marshall, McNamee & MacFarlane,* for appellants.

*William C. Robinson,* with him *Henninger & Robinson,* for appellee.

OPINION PER CURIAM, September 26, 1967:
Decree affirmed. Costs to be borne by appellants.